# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:25-cr-20741<br>Judge: Drain, Gershwin A.<br>MJ: Altman, Kimberly G.<br>Filed: 10-01-2025 At 09:08 AM<br>INDI USA V ARTHUR FOSTER (LG) |
| v. | |
| D-1   ARTHUR FOSTER, | VIOLATIONS:<br>18 U.S.C. § 2243(b) |
| Defendant. | |

_____/

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 2243(b)
*Sexual Abuse of a Detainee*

On or about January 17, 2025, in the Eastern District of Michigan, Southern Division, the defendant, ARTHUR FOSTER, while in Cherry Health Community Treatment Center, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any federal department or agency, knowingly engage in a sexual act with Victim Inmate-1, a person who was at that time in official detention and under the custodial authority of the defendant when FOSTER's penis made contact with Victim Inmate-1's vulva.

All in violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO
## 18 U.S.C. § 2243(b)
*Sexual Abuse of a Detainee*

On or about January 23, 2025, in the Eastern District of Michigan, Southern Division, the defendant, ARTHUR FOSTER, while in Cherry Health Community Treatment Center, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any federal department or agency, knowingly engage in a sexual act with Victim Inmate-1, a person who was at that time in official detention and under the custodial authority of the defendant when FOSTER's penis made contact with Victim Inmate-1's vulva.

All in violation of Title 18, United States Code, Section 2243(b).

## COUNT THREE
## 18 U.S.C. § 2243(b)
*Sexual Abuse of a Detainee*

On or about February 5, 2025, in the Eastern District of Michigan, Southern Division, the defendant, ARTHUR FOSTER, while in Cherry Health Community Treatment Center, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any federal department or agency, knowingly engage in a sexual act with Victim Inmate-1, a person who was at that time in official detention and under the custodial authority of the defendant when FOSTER's penis made contact with Victim Inmate-1's mouth.

All in violation of Title 18, United States Code, Section 2243(b).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON, JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes Unit

*s/ Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney


Dated: October 1, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:25-cr-20741<br>Judge: Drain, Gershwin A.<br>MJ: Altman, Kimberly G.<br>Filed: 10-01-2025 At 09:08 AM<br>INDI USA V ARTHUR FOSTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc

| Companion Case Information | Com |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/ E.B* |

**Case Title:** USA v. Arthur Foster

**County where offense occurred:** WAYNE

**Offense Type:** Felony

Indictment – no prior complaint.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 1, 2025
Date

Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eaton.Brown@usdoj.gov
(313) 226-9184
Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.